# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1133
LT Case No. 2009-CF-011879-A

_____

SCOTT MICHAEL DIVER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Scott Michael Diver, Lake City, pro se.

No Appearance for Appellee.

July 16, 2024

PER CURIAM.

AFFIRMED.

WALLIS, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____